## STEELE et al. v. CHUBB.

Court of Appeals of District of Columbia.

Submitted January 17, 1928. Decided February 6, 1928.

No. 2031.

Patents ⊜112(4)—Patent Office decision, awarding priority to junior claimant of complicated invention, should not be disturbed, unless clearly erroneous.

Where invention is of complicated character, Patent Office's decision, awarding priority to junior party, should not be disturbed, unless error clearly appears.

Appeal from the Commissioner of Patents.

Interference proceeding between Louis John Steele and others and Lewis W. Chubb. From decisions of Patent Office tribunals, awarding priority to Chubb, the other parties appeal. Affirmed.

Robert Watson, of Washington, D. C., for appellants.

W. G. Carr and O. B. Buchanan, both of Pittsburgh, Pa., for appellee.

Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

ROBB, Associate Justice. Appeal from concurrent decisions of the Patent Office tribunals in an interference proceeding, awarding priority as to the three claims to the junior party, Chubb.

The issue relates to a method of electrically welding metallic parts by moving one of such parts with respect to and into contact with the other through the path of the electric arc formed between them. The arc is maintained "automatically" (count 3), "under electric control" (count 4), and "automatically controlled" (count 8), for a determined period.

The invention is of a complicated character, and the decision of the Patent Office ought not to be disturbed unless error is clearly made to appear. We have examined the record and the briefs of counsel. Being convinced of the correctness of the conclusion reached, we affirm the decision.

Affirmed.